IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| VS. | ) CR. NO. 05-20184-Ml |
| TYRONE HAWKINS | ) |
| Defendant. | ) |

ORDER ON CHANGE OF PLEA

This cause came to be heard on June 15, 2005, the United States Attorney for this district, Greg Gilluly, appearing for the Government and the defendant, Tyrone Hawkins, appearing in person and with counsel, Scott Hall, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **THURSDAY, SEPTEMBER 15, 2005, at 9:00 a.m., in Courtroom No. 4, on the 9th floor before Judge Jon Phipps McCalla.**

Defendant is allowed to remain released on present bond.

**ENTERED** this the 23 day of June, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-24-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:05-CR-20184 was distributed by fax, mail, or direct printing on June 24, 2005 to the parties listed.

---

Eric Scott Hall
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT