IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 SEP 15 AM 8:53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA,

VS.                                                             NO. 05-20184/Ml

TYRONE HAWKINS,

       Defendant

---

ORDER GRANTING
MOTION TO CONTINUE SENTENCING HEARING

---

Before the Court is Defendant's motion to continue the Sentencing Hearing currently set for September 15, 2005 at 9:00 a.m. based on the need for Defendant's counsel to obtain state court records relating to Defendant's prior convictions. The Court finds that said motion is well taken.

It is THEREFORE, ORDERED, ADJUDGED, AND DECREED, that the Sentencing Hearing in the above styled case be set on the _14th_ day of _October_, 2005, at 8:45 A.M.

United States District Judge
Honorable Jon P. McCalla



This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on _9-15-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:05-CR-20184 was distributed by fax, mail, or direct printing on September 15, 2005 to the parties listed.

---

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Eric Scott Hall
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT