IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 OCT 11 AM 6:51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Criminal No. **05-20184-Ml** |
| | * | |
| TYRONE HAWKINS, | * | |
| Defendant. | * | |

### ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING

**IT IS HEREBY ORDERED** that the Government's Motion to Continue Sentencing Hearing is hereby **GRANTED**, and is now reset for *October 26, 2005, at 8:45*, with time excluded under the Speedy Trial Act.

**IT IS SO ORDERED** this the ___7___ day of October, 2005.

_____
UNITED STATES DISTRICT JUDGE

Date: 10/5/05
Approved: _____
E. Greg Gilluly, Jr.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-11-05



28

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:05-CR-20184 was distributed by fax, mail, or direct printing on October 11, 2005 to the parties listed.

---

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Eric Scott Hall
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT