FILED BY ___ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 DEC -6  PM 3: 23

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                              NO. 05-20184

TYRONE HAWKINS,

    Defendant

### ORDER ALLOWING CONTINUACE OF SURRENDER DATE

Before the Court is Defendant Tyrone Hawkins' Motion to Continue Surrender Date. The Court finds that the motion is well taken and hereby grants the request.

It is THEREFORE, ORDERED, ADJUDGED AND DECREED, that the Surrender Date of December 8, 2005 at 2:00 p.m. be extended for sixty days or until the 10th day of February, 2006.

_____
United States District Judge

Date: 12/6/05

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12-6-05

36

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:05-CR-20184 was distributed by fax, mail, or direct printing on December 6, 2005 to the parties listed.

---

Eric Scott Hall
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT